# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CANBY, WILLIAM C. | NINTH CIRCUIT COURT OF APPEALS | 04/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR CIRCUIT JUDGE | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
|  | 5b. ☐ Amended Report |  |

**7. Chambers or Office Address**

U.S. COURTHOUSE, SUITE 610
401 W. WASHINGTON, SUITE 610
MAIL SPACE 55
PHOENIX, AZ 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADVISORY COMMITTEE MEMBER | ARIZONA STATE UNIVERSITY COLLEGE OF LAW; INDIAN LEGAL PROGRAM |
| 2. | MEMBER | ARIZONA STATE-TRIBAL-FEDERAL COURT FORUM |
| 3. | ADVISORY COMMITTEE MEMBER | AMERICAN LAW INSTITUTE; RESTATEMENT OF INDIAN LAW |
| 4. | MEMBER | AMERICAN LAW INSTITUTE |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 7/1/67 | ARIZONA STATE RETIREMENT SYSTEM; RECEIVING RETIREMENT ANNUITY FROM PRIOR TEACHING (DEFINED CONTRIBUTION PLAN) |
| 2. 7/1/67 | TEACHERS INSURANCE & ANNUITY ASS'N; RECEIVING RETIREMENT ANNUITY FROM PRIOR TEACHING (DEFINED CONTRIBUTION PLAN) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CANBY, WILLIAM C. | 04/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | ARIZONA STATE RETIREMENT SYSTEM | $45,735.60 |
| 2. | 2020 | TEACHERS INSURANCE & ANNUITY RETIREMENT PENSION | $4,593.36 |
| 3. | 2020 | WEST PUBLISHING CO. ROYALTIES | $10,219.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CANBY, WILLIAM C. | 04/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CANBY, WILLIAM C. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH ACCOUNTS (H) | | | | | | | | | |
| 2. -USAA FEDERAL SAVINGS BANK CASH ACCOUNT #1 | A | Interest | L | T | | | | | |
| 3. -USAA FEDERAL SAVINGS BANK CASH ACCOUNT #2 | A | Interest | K | T | | | | | |
| 4. -USAA FEDERAL SAVINGS BANK CASH ACCOUNT #3 | B | Interest | N | T | | | | | |
| 5. RETIREMENT FUNDS (H) | | | | | | | | | |
| 6. -ARIZONA STATE RETIREMENT FUND (DEFINED CONTRIBUTION PLAN) | E | Distribution | N | T | | | | | |
| 7. -TEACHERS INS. & ANNUITY ASSN (DEFINED CONTRIBUTION FUND) | C | Distribution | K | T | | | | | |
| 8. MUTUAL FUNDS (H) | | | | | | | | | |
| 9. -USAA S&P 500 INDEX FUND | E | Dividend | O | T | | | | | |
| 10. -T. ROWE PRICE MID-CAP GROWTH FUND | E | Dividend | O | T | | | | | |
| 11. -T. ROWE PRICE MID-CAP VALUE FUND | A | Dividend | | | Redeemed | 04/24/20 | M | E | |
| 12. -VANGUARD 500 INDEX ADMIRAL FUND | E | Dividend | N | T | Buy (add'l) | 01/10/20 | J | | |
| 13. -VANGUARD 500 INDEX ADMIRAL FUND | | | | | Buy (add'l) | 02/10/20 | J | | |
| 14. -VANGUARD 500 INDEX ADMIRAL FUND | | | | | Buy (add'l) | 03/10/20 | J | | |
| 15. -VANGUARD 500 INDEX ADMIRAL FUND | | | | | Buy (add'l) | 04/09/20 | J | | |
| 16. -VANGUARD 500 INDEX ADMIRAL FUND | | | | | Buy (add'l) | 05/08/20 | K | | |
| 17. -VANGUARD 500 INDEX ADMIRAL FUND | | | | | Buy (add'l) | 06/10/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CANBY, WILLIAM C. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -VANGUARD 500 INDEX ADMIRAL FUND | | | | | Buy (add'l) | 07/10/20 | K | | |
| 19.  -VANGUARD 500 INDEX ADMIRAL FUND | | | | | Buy (add'l) | 08/10/20 | K | | |
| 20.  -VANGUARD 500 INDEX ADMIRAL FUND | | | | | Buy (add'l) | 09/10/20 | K | | |
| 21.  -VANGUARD 500 INDEX ADMIRAL FUND | | | | | Buy (add'l) | 10/10/20 | K | | |
| 22.  -VANGUARD 500 INDEX ADMIRAL FUND | | | | | Buy (add'l) | 11/10/20 | K | | |
| 23.  -VANGUARD 500 INDEX ADMIRAL FUND | | | | | Buy (add'l) | 12/10/20 | K | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CANBY, WILLIAM C. | 04/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(H) DENOTES A HEADER ROW

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ WILLIAM C. CANBY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544